UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                               Chapter 7

KAMLA MAHARAJ,                                      Case No. 10-42955-CEC

                          Debtor.
------------------------------------------------------------x

ORDER ADJOURNING TRUSTEE'S MOTION TO DISMISS AND
DIRECTING DEBTOR OR DEBTOR'S COUNSEL TO CONTACT TRUSTEE
TO RE-SCHEDULE SECTION 341 MEETING

         WHEREAS, on April 6, 2010, the above-captioned debtor (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code; and

         WHEREAS, Lori Lapin Jones (the "Trustee") has been appointed by the United States Trustee to serve as trustee in the above-captioned case; and

         WHEREAS, the Trustee filed with the Court a motion for (1) dismissal of chapter 7 case, or (2) extension of time to object under 11 U.S.C. §§ 707(b), 727, and 523 (the "Trustee's Motion to Dismiss") on the basis of the Debtor's unexcused failure to appear at a meeting of creditors required by Section 341(a) of the Bankruptcy Code (the "Section 341 Meeting") on May 13, 2010, which was adjourned to June 4, 2010, then July 8, 2010 and then August 6, 2010; and

         WHEREAS, the Trustee's Motion to Dismiss was scheduled for hearing before this Court on October 5, 2010 at 11:45 a.m. (the "Hearing") and

         WHEREAS, neither the Debtor nor the Debtor's Attorney (if the Debtor is represented by counsel) filed a written response to the Trustee's Motion to Dismiss, and there

was no appearance by or behalf of the Debtor at the Hearing, <u>or</u> the Debtor or Debtor's attorney appeared and requested that the Debtor be given an opportunity to attend a Section 341 Meeting;

NOW, THEREFORE, it is

ORDERED, that the Debtor (either directly or through Debtor's attorney, if Debtor is represented by counsel) shall contact the Trustee, Lori Lapin Jones, Lori Lapin Jones PLLC, 98 Cutter Mill Road, Suite 201 North, Great Neck, NY 11021, telephone (516) 466-4110 , within ten (10) days from the date of this order to schedule an adjourned Section 341 meeting; and it is further

ORDERED, that the Hearing on the case Trustee's Motion to Dismiss is adjourned to December 9, 2010 at 11:45 a.m. (the "Adjourned Hearing"); and it is further

ORDERED, that if the Debtor attends the Section 341 Meeting before the Adjourned Hearing, the Trustee's Motion to Dismiss will be marked off and no appearance at the Adjourned Hearing will be required; and it is further

ORDERED, that if the Debtor does not attend a Section 341 Meeting before the Adjourned Hearing, this case may be dismissed at the Adjourned Hearing; and it is further

ORDERED, that prior to the Adjourned Hearing the Trustee shall inform the Courtroom Deputy in writing whether the Debtor has attended a Section 341 Meeting.



**Dated: Brooklyn, New York**
**October 8, 2010**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: dcarter-e              Page 1 of 1                  Date Rcvd: Oct 12, 2010
Case: 10-42955                Form ID: pdf000              Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 14, 2010.
db            +Kamla Maharaj,   14506 133rd Ave,   Jamaica, NY 11436-2205

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2010**                        **Signature:**    _Joseph Speetjens_